**People of the State of Illinois, Appellee, v. Clarence Mayfield, Appellant.**

Gen. No. 50,194.

First District, Second Division.

March 22, 1966.

Rehearing denied May 10, 1966.

Sam Adam, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.